# STROOCK

...JMENT
...TRONICALLY
8/28/2014

FILED VIA ECF

August 27, 2014

**MEMO ENDORSED**

Steven B. Pokotilow
Direct Dial: 212-806-6664
Fax: 212-806-6006

The Honorable Denise L. Cote
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: <u>Times Three Clothier, LLC v. Spanx, Inc., No. 1:13-cv-2157 (DLC)
(Lead Consolidated Case combining Nos. 1:13-cv-7260 and 1:13-cv-7635)</u>

Dear Judge Cote:

Pursuant to the Court's August 20, 2014 Order, the parties have conferred regarding scheduling in the subject case and jointly propose the following consolidated schedule for further proceedings.

| Date | Event |
|---|---|
| 10/14/2014 (Tues) (6 weeks from Labor Day) | Spanx's Invalidity Contentions for utility patent |
| 10/28/2014 (Tues) (2 weeks) | Parties to exchange lists of terms in utility patent requiring construction |
| 11/11/2014 (Tues) (2 weeks) | Parties to exchange proposed constructions for utility patent terms |
| 11/25/2014 (Tues) (2 weeks) | Deadline for parties to meet and confer regarding utility patent claim constructions |
| 12/9/2014 (Tues) (2 weeks) | Joint Claim Terms Chart due for utility patent |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 75257142

The Honorable Denise L. Cote
August 27, 2014
Page 2

| Date | Event |
| --- | --- |
| 1/16/2015 (Fri) (approx. 4 weeks, considering holidays) | Times Three's opening claim construction brief due (for utility patent) |
| 2/18/2015 (Wed) (approx. 4 weeks) | Spanx's response to opening claim construction brief due (for utility patent) |
| 3/3/2015 (Tues) (2 weeks) | Times Three's reply on claim construction due (for utility patent) |
| Week of 3/23/2015 or as soon thereafter as the Court can hear the parties | Markman hearing (for utility patent) |
| Remaining dates to flow from date of ruling and then from each immediately prior date | Ruling on Claim Construction |
| (2 weeks) | Times Three's amended infringement contentions, if any |
| (2 weeks) | Spanx's amended invalidity contentions, if any |
| (6 weeks) | Close of fact discovery |
| (4 weeks) | Initial Expert Witness Disclosures issues on which each party bears the burden of proof |
| (4 weeks) | Initial Expert Witness Disclosures – issues on which the opposing party bears the burden of proof |
| (2 weeks) | Rebuttal Expert Witness Disclosures |
| (4 weeks) | Expert Discovery Deadline |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 75257142

The Honorable Denise L. Cote
August 27, 2014
Page 3

| Date | Event |
|---|---|
| (2 weeks) | Deadline to serve any Motion for Summary Judgment |
| (2 weeks) | In the event no Motion for Summary Judgment is filed, deadline to file Joint Pretrial Order |

Respectfully submitted,

Steven B. Pokotilow
Counsel for Plaintiff Times Three Clothier, Inc.

cc:   Counsel of Record (by ECF)

So ordered.

Denise Cote
8/27/14

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 75257142