```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
TIMES THREE CLOTHIER, LLC,                :
                                          :
                    Plaintiff,            :
                                          :
          -v-                             :      13cv2157 (DLC)
                                          :
                                          :
SPANX, INC.,                              :
                    Defendant.            :
                                          :
------------------------------------------X
                                          :
SPANX, INC.,                              :
                                          :
                    Plaintiff,            :
                                          :
          -v-                             :      13cv7260 (DLC)
                                          :
                                          :
TIMES THREE CLOTHIER, LLC,                :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
                                          :
TIMES THREE CLOTHIER, LLC,                :
                                          :
                    Plaintiff,            :
                                          :
          -v-                             :      13cv7635 (DLC)
                                          :
                                          :
SPANX, INC.,                              :        ORDER
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On August 28, 2014, the above-captioned actions were referred to Magistrate Judge Peck for settlement purposes. It is hereby

ORDERED that the parties shall contact the chambers of

Magistrate Judge Peck prior to September 5, 2014 in order to pursue settlement discussions under his supervision.

Dated:   New York, New York
         August 28, 2014

                              _____
                                     DENISE COTE
                              United States District Judge