UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
TIMES THREE CLOTHIER, LLC,            :
                                      :
                    Plaintiff,        :     13cv2157 (DLC) (AJP)
                                      :
       -v-                            :
                                      :
SPANX, INC.,                          :
                    Defendant.        :
                                      :
-------------------------------------- X
SPANX, INC.,                          :
                                      :
                    Plaintiff,        :     13cv7260 (DLC) (AJP)
                                      :
       -v-                            :
                                      :
TIMES THREE CLOTHIER, LLC,            :
                                      :
                    Defendant.        :
                                      :
-------------------------------------- X
TIMES THREE CLOTHIER, LLC,            :
                                      :
                    Plaintiff,        :     13cv7635 (DLC) (AJP)
                                      :
       -v-                            :
                                      :        ORDER OF
                                      :     REFERENCE TO A
SPANX, INC.,                          :     MAGISTRATE JUDGE
                    Defendant.        :
                                      :
-------------------------------------- X

DENISE COTE, District Judge:

   The above entitled actions are referred to the designated Magistrate Judge for the following purpose:

   ___  General Pretrial (includes          ___  Consent under 28 U.S.C. §
        scheduling, discovery, non-              636(c) for all purposes
        dispositive pretrial                     (including trial)
        motions, and settlement)

   ___  Specific Non-Dispositive            ___  Consent under 28 U.S.C. §
        Motion/Dispute                           636(c) for limited purpose

Document electronically filed 8/29/2014

|  |  |
|---|---|
| _____<br>_____ | (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>_____ |
|     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ___ Habeas Corpus |
| _X_ Settlement | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion:<br>_____ |

SO ORDERED:

Dated:    New York, New York
            August 28, 2014

                                        _____
                                            DENISE COTE
                               United States District Judge