```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TIMES THREE CLOTHIER, LLC,              :
                                        :
                    Plaintiff,          :
                                        :
        -v-                             :    13cv2157 (DLC)
                                        :
SPANX, INC.,                            :
                    Defendant.          :
                                        :
----------------------------------------X
                                        :
SPANX, INC.,                            :
                                        :
                    Plaintiff,          :
                                        :
        -v-                             :    13cv7260 (DLC)
                                        :
TIMES THREE CLOTHIER, LLC,              :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
                                        :
TIMES THREE CLOTHIER, LLC,              :
                                        :
                    Plaintiff,          :
                                        :
        -v-                             :    13cv7635 (DLC)
                                        :
SPANX, INC.,                            :    ORDER OF
                    Defendant.          :    DISCONTINUANCE
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this litigation has been settled, it is hereby

ORDERED that the above-captioned actions are hereby discontinued without costs to any party and without prejudice to

restoring the actions to this Court's calendar if the application to restore the actions is made within thirty days.


Dated:    New York, New York
          November 12, 2014

                                        _____
                                              DENISE COTE
                                        United States District Judge