USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/12/14

## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMES THREE CLOTHIER, LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>SPANX, INC.,<br><br>  *Defendant*. | CIVIL ACTION NOS.<br>1:13-cv-2157-DLC<br>1:13-cv-7260-DLC; and<br>1:13-cv-7635-DLC |

### ORDER
### STIPULATION OF DISMISSAL

NOW COME THE PARTIES, TIMES THREE CLOTHIER, LLC ("TTC") and SPANX, INC. ("SPANX"), who have resolved their disputes by mutual agreement without admitting liability, and, by and through their undersigned counsel of record and in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, hereby STIPULATE and AGREE that:

1. all claims and counterclaims asserted by TTC against SPANX in the captioned actions, be, and hereby are, DISMISSED WITH PREJUDICE;

2. those claims and counterclaims asserted by SPANX against TTC in the captioned actions pertaining to the specific products of SPANX accused by TTC of infringement in these actions are DISMISSED WITH PREJUDICE;

3. all other claims and counterclaims asserted by SPANX against TTC in the captioned actions, including, without limitation, SPANX's claims asserting invalidity, are DISMISSED WITHOUT PREJUDICE; and

4. Each party will bear its own costs and attorneys' fees.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge   11/12/14   Page 13 of 14

Error! Unknown document property name.

SO STIPULATED AND AGREED, this 10th day of November, 2014.

By: /s/ *Laura Goldbard George*
Steven B. Pokotilow
Laura Goldbard George
Binni N. Shah
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038
(212) 806-5400
SPokotilow@stroock.com
LGoldbard@stroock.com
BNShah@stroock.com

Attorneys for Plaintiff
TIMES THREE CLOTHIER, LLC

By: /s/
Kathleen E. McCarthy
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
kmccarthy@kslaw.com

Natasha H. Moffitt
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
nmoffitt@kslaw.com

Attorneys for Defendant
SPANX, INC.